UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAPHAEL STEIN,

                        Petitioner,

-against-

ADEENA KOHN,

                        Respondent.

-----------------------------------------------------------------X

Case No.: 7:22CV10683

ORDER

      It is hereby ORDERED that the Respondent, ADEENA KOHN produce her entire file from the Jewish General Hospital (Hôpital Général Juif), 3755 Côte-Ste-Catherine, Montreal, Quebec for the period 2018 to present, and it is requested that the Jewish General Hospital should fully and expeditiously cooperate with this Order.

Dated: March 27, 2023
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge