UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAPHAEL STEIN, acting on behalf of his
minor children J.S., Z.N., and A.Z.,
                Petitioner,

v.

ADEENA KOHN,
                Respondent.
--------------------------------------------------------------x

**ORDER**

22 CV 10683 (VB)

4/3/23

    At a conference held today and attended by petitioner, proceeding pro se, respondent, and counsel for respondent, it is HEREBY ORDERED:

    1. The parties are directed to continue participating in mediation and settlement discussions in good faith.

    2. The next case management conference will be held on **May 18, 2023, at 12:00 p.m.**, to be conducted in person at the White Plains Courthouse, Room 620.

Dated: April 3, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge