UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAPHAEL STEIN, acting on behalf of his          :
minor children J.S., Z.N., and A.Z.,            :
                                Petitioner,     :        **ORDER**
                                                :
v.                                              :
                                                :        22 CV 10683 (VB)
ADEENA KOHN,                                    :
                                Respondent.     :
------------------------------------------------------------x

  As discussed at a telephone conference held today and attended by petitioner, respondent, and counsel for all parties, it is HEREBY ORDERED:

  1. The parties are directed to continue participating in mediation and settlement discussions in good faith.

  2. The next case management conference will be held on **June 29, 2023, at 12:00 p.m.,** to be conducted in person at the White Plains Courthouse, Room 620.

  3. By June 26, 2023, the parties shall submit a joint letter regarding:

    i. the status of settlement and mediation efforts;

    ii. the parties' present estimate of the length of the trial;

    iii. a summary of the evidence and witnesses each party intends to present at trial; and

    iv. any other case management issues.

Dated: May 18, 2023
   White Plains, NY

        SO ORDERED:

        Vincent L. Briccetti
        United States District Judge