UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAPHAEL STEIN, acting on behalf of his :
minor children J.S., Z.N., and A.Z., :
                       Petitioner, :
v. :
                                    :
ADEENA KOHN, :
                       Respondent. :
--------------------------------------------------------------x

**ORDER**

22 CV 10683 (VB)

As discussed at a conference held today and attended by petitioner, respondent, and counsel for all parties, it is HEREBY ORDERED:

1. Trial remains scheduled for **October 23, 2023, at 9:30 a.m.**

2. By September 25, 2023, counsel shall submit a joint letter setting forth the following:

   a. a brief statement of the claims and defenses to be asserted at trial;

   b. a list of the witnesses each party expects to call, including a brief description of the witness's role and/or the subject matter of his or her anticipated testimony;

   c. a list by each party of exhibits to be offered, with an asterisk indicating exhibits to which there is an objection; and

   d. any stipulations or agreed statements of facts or law.

3. By September 25, 2023, the parties shall also submit proposed findings of fact and conclusions of law in accordance with Paragraph 4.B.ii of Judge Briccetti's Individual Practices.

4. Petitioner's letter requesting a pre-motion conference pursuant to Paragraph 2.B.i of Judge Briccetti's Individual Practices must be filed by August 18, 2023. Respondent's response is due August 22, 2023.

Dated: August 16, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge