UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAPHAEL STEIN, acting on behalf of his :
minor children J.S., Z.N., and A.Z., :
                         Petitioner, :   **ORDER**

v. :
                                       :   22 CV 10683 (VB)
ADEENA KOHN, :
                        Respondent. :
--------------------------------------------------------------x

       As discussed at a conference held today and attended by petitioner, respondent, and counsel for all parties, it is HEREBY ORDERED:

       1. By September 1, 2023, counsel for respondent shall provide the records maintained by Dr. Richard Price regarding his treatment of respondent to the Court for in-camera review. The records shall be provided by personal delivery of a USB drive to chambers.

       2. By September 8, 2023, counsel for respondent shall file a joint letter, not to exceed three pages, describing the status of the dispute regarding the production demands referred to in respondent's counsel's August 29, 2023, letter-motion. (Doc. #34).

Dated: August 30, 2023
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judpge