UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RAPHAEL STEIN,

                Petitioner,

        -against-

ADEENA KOHN,

                Respondent.

--------------------------------------------------------------X

Case No.: 7:22CV10683

    It is hereby ORDERED that Frady Binet at Achieve Behavioral Health produce her file on behalf of Adeena Kohn (Date of Birth: June 12, 1990) maintained at Achieve Behavioral Health for the period August 2020 to present, and release the file to Respondent, Adeena Kohn, who will make the records available to her attorneys for their review.

Dated: October 12, 2023
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge