UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

RAPHAEL STEIN, acting on behalf of his    :
minor children J.S., Z.N., and A.Z.,

                                Petitioner,    :

v.                                           :

                                          :

ADEENA KOHN,                     :

                        Respondent.    :

----------------------------------------------------------------x

**ORDER**

22 CV 10683 (VB)

As discussed at an on-the-record telephone conference held today and attended by petitioner and counsel for all parties, it is HEREBY ORDERED:

1. Having been advised that (i) petitioner served deposition notices on non-party witnesses Dr. Richard Price and Rivka Kohn returnable for October 19, 2023, at 9:30 a.m., and October 20, 2023, at 9:30 a.m., respectively, and (ii) Ms. Toscano will likely be available to attend these depositions (and, in any event, the docket reflects another attorney, Jeremy Morley, Esq., has entered an appearance on behalf of respondent who could attend the scheduled depositions on behalf of respondent), the depositions will go forward as scheduled on October 19 and 20 at 9:30 a.m., unless counsel for both parties mutually agree otherwise.

2. If any individual fails to attend a properly noticed deposition, counsel shall inform the Court.

3. Trial remains scheduled to begin on Monday, October 23, 2023, at 9:30 a.m.

Dated: October 17, 2023
       White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge