UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAPHAEL STEIN, acting on behalf of his
minor children J.S., Z.N., and A.Z.,
       Petitioner,

v.

ADEENA KOHN,
       Respondent.
--------------------------------------------------------------x

**ORDER**

22 CV 10683 (VB)

   For the reasons stated on the record today at a hearing attended by all parties and all counsel, the Petition for Return of Children to Canada (Doc. #1) is DENIED.

   The Clerk is instructed to close this case.

Dated: November 20, 2023
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge